**Korell BATTLE, a/k/a Korell Robert Floyd Battle, Plaintiff–Appellant,**

v.

**John OZMINT; Fredrick Thompson; D. Bailey; McKither Bodison; Darryl King; Gilmore; John Doe, Officer, Defendants–Appellees.**

No. 13–7436.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Korell Battle, Appellant Pro Se. Nikole D. Haltiwanger, Roy F. Laney, Damon C. Wlodarczyk, Riley, Pope & Laney, LLC, Columbia, South Carolina, for Appellees.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korell Battle appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Battle v. Ozmint,* No. 2:12–cv–01350–CMC (D.S.C. Aug. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*